# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCIENTIFIC GAMES CORPORATION, et al., | Case No. 2:17-cv-00343-JAD-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| AGS LLC, | (Docket Nos. 3, 5) |
| Defendant(s). | |

Pending before the Court are two motions to seal.  Docket Nos. 3, 5.  Neither motion addresses the relevant standards for sealing.  *See Kamakana v. City and Cty. of Honolulu*, 447 F.3d 1172 (9th Cir. 2006).  Accordingly, the motions to seal, Docket Nos. 3 and 5, are hereby **DENIED** without prejudice.  The parties may file renewed motions to seal that address the appropriate standards for sealing, no later than February 24, 2017.  The documents that the parties have asked the Court to seal shall remain under seal until the Court has ruled on the renewed motions.  If renewed motions to seal are not filed by February 24, 2017, the Court will order those documents unsealed and filed on the public docket.

IT IS SO ORDERED.

DATED: February 16, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge