# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCIENTIFIC GAMES CORPORATION, et al., | Case No. 2:17-cv-00343-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | (Docket No. 17) |
| AGS LLC, | |
| Defendant(s). | |

On February 1, 2017, Petitioners filed a motion to seal, which the Court denied without prejudice on February 16, 2017 for failure to include points and authorities. Docket Nos. 3, 13. On February 22, 2017, Petitioners filed a renewed motion to seal. Docket No. 17. On March 21, 2017, the Court found that Petitioners' renewed motion failed to satisfy the relevant standard and therefore ordered Petitioners to submit supplemental briefing. Docket No. 33. On March 27, 2017, Petitioners responded to the Court's order, submitting that they need not pursue their motion to seal further because Respondents' separately filed motion to seal, Docket No. 19, adequately protects both Petitioners' and Respondents' interests. Docket No. 34. Accordingly, the Court **DENIES** as moot Petitioners' renewed motion to seal. Docket No. 17.

IT IS SO ORDERED.

DATED: April 3, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge