# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SCIENTIFIC GAMES CORPORATION, et al., | Case No. 2:17-cv-00343-JAD-NJK |
| Petitioners, | ORDER |
| vs. | |
| AGS LLC, | |
| Respondent. | |

On February 1 and 15, 2017, Petitioners and Respondent filed motions to seal that the Court denied without prejudice on February 16, 2017, for failure to include points and authorities. Docket Nos. 3, 5, 13. On February 22, 2017, Petitioners filed a renewed motion to seal. Docket No. 17. No response to that motion was filed. *See* Docket. Similarly, on February 24, 2017, Respondent filed a renewed motion to seal. Docket No. 19. Petitioners did not oppose that motion. *See* Docket No. 34 at 3.

On March 21, 2017, the Court found that Petitioners' renewed motion to seal failed to satisfy the relevant standard. Docket No. 33. The Court therefore instructed the Clerk's Office to keep the documents at issue in that motion sealed for the time being and ordered Petitioners to submit a supplemental brief. *Id.* at 4. On March 27, 2017, Petitioners responded to the Court's order, submitting that they need not pursue their motion to seal because Respondent's separately filed renewed motion to seal adequately protected Petitioners' and Respondent's interests. Docket No. 34. On April 3, 2017, therefore, the Court denied Petitioners' renewed motion to seal as moot. Docket No. 35.

On April 3, 2017, the Court issued an order regarding Respondent's renewed motion to seal, finding that it had made a particularized showing of good cause to seal certain documents, but not others. *See* Docket No. 36. The Court therefore ordered Respondent to submit supplemental briefing as to Docket Nos. 1-1 at 103-118 and Docket Nos. 7, 7-1, 7-2, 7-3, 7-4, 10, 10-1, 10-2, 10-3,

10-4, 11, and 14, no later than April 11, 2017. Docket No. 36 at 4-5. The Court advised Respondent that if it did not submit supplemental briefing by that date, the Court would order those documents unsealed. *Id.* at 5. No supplemental briefing was filed. *See* Docket. On April 20, 2017, therefore, the Court ordered Respondent to show cause, no later than April 25, 2017, why the documents at Docket Nos. 1-1 at 103-118 and 7, 7-1, 7-2, 7-3, 7-4, 10, 10-1, 10-2, 10-3, 10-4, 11, 14, and 16 should not be unsealed.

On April 25, 2017, Respondent filed a response to the Court's order to show cause. Docket No. 38. Respondent submits that the document at Docket No. 1-1 at 103-118 is a settlement agreement to which it is not party. *Id.* at 4-6. Therefore, Respondent submits, it does not have standing to request that the document be sealed and can articulate no particularized showing of harm that would occur if the Court unsealed the document. *Id.* Respondent further submits that it does not object to unsealing Docket Nos. 7, 7-1, 7-2, 7-3, 7-4, 10, 10-1, 10-2, 10-3, 10-4, 11, and 14. *Id.* at 5-6. Respondent does not address Docket No. 16. *See id.*

Accordingly, Respondent's motion to seal, Docket No. 19, is hereby **GRANTED** in part and **DENIED** in part for the reasons set forth in the order at Docket No. 36 and in this order. The Court **INSTRUCTS** the Clerk's Office to unseal Docket Nos. 1-1, 1-2, 1-3, 1-4, 7, 7-1, 7-2, 7-3, 7-4, 8,[1] 10, 10-1, 10-2, 10-3, 10-4, 11, 14, and 16. The Court **ORDERS** Petitioners to file their motion to compel, Docket No. 1, on the public docket, with the redactions that the Court has previously approved.

IT IS SO ORDERED.

DATED: April 27, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge

---

[1] Docket No. 8 is identical to Docket No. 11, which Respondent does not oppose unsealing. *See* Docket No. 8; Docket No. 11; Docket No. 38 at 5-6.