# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCIENTIFIC GAMES CORPORATION, et al., | Case No. 2:17-cv-00343-JAD-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| AGS, LLC, | (Docket No. 48) |
| Defendant(s). | |

Pending before the Court is Petitioners' motion to seal, seeking to file on the public docket redacted versions of certain documents and maintaining under seal the unredacted versions. Docket No. 48. The Court previously addressed the applicable standards and the same information that is at issue now, concluding that redaction was appropriate. Docket No. 36. For the same reasons, the Court finds good cause to GRANT the pending motion to seal, permitting redaction of the publicly filed versions of the documents and sealing of the unredacted versions.

IT IS SO ORDERED.

DATED: June 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge